1  Obi I. Iloputaife (SBN 192271)
   obi@cotmanip.com
2  Jayson S. Sohi (SBN 293176)
   jayson@cotmanip.com
3  COTMAN IP LAW GROUP, PLC
   35 Hugus Alley, Suite 210
4  Pasadena, CA 91103
   (626) 405-1413/FAX: (626) 316-7577
5  *Attorneys for Plaintiff*
   *USB Technologies, LLC*

6  Kimberly A. Donovan (SBN 160729)
   kdonovan@gcalaw.com
7  Limin Zheng (SBN 226875)
   lzheng@gcalaw.com
8  GCA LAW PARTNERS LLP
   2570 W. El Camino Real, Suite 400
9  Mountain View, CA 94040
   Tel: (650) 428-3900
10 Fax: (650) 428-3901
   *Attorneys for Defendant*
11 *SunvalleyTek International, Inc.*

12

13                 **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16  USB Technologies, LLC, a California        )   Case No. 5:17-cv-03869-LHK
17  limited liability company,                 )   Hon. Lucy H. Koh
                                                )
18                  Plaintiff,                  )   **JOINT STIPULATION AND**
                                                )   **[PROPOSED] ORDER FOR**
19                                              )   **DISMISSAL WITH PREJUDICE**
20                  v.                          )
                                                )
21                                              )
    SunvalleyTek International, Inc., a         )
22  California Corporation,                     )
                                                )
23                                              )
                    Defendants.                 )
24                                              )
                                                )
25                                              )
                                                )
26                                              )
                                                )
27

28
                                     1

Plaintiff USB Technologies, LLC ("Plaintiff") and Defendant SunvalleyTek International, Inc. ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint for Patent Infringement against Defendant on July 7, 2017 [Doc. 1];

WHEREAS, Defendant filed its answer to plaintiff's complaint on October 2, 2017; and

WHEREAS, the Parties have finalized and executed a written settlement agreement to settle all matters in controversy between them.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, that Plaintiff's claims asserted against Defendant are hereby dismissed with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

DATED:  January 11, 2018          **COTMAN IP LAW GROUP, PLC**

By: */s/ Jayson S. Sohi*
Jayson S. Sohi
*Attorneys for Plaintiff*
*USB Technologies, LLC*

DATED: January 11, 2018          **GCA LAW PARTNERS LLP**

By: */s/ Kimberly A. Donovan*
Kimberly A. Donovan
Limin Zheng
*Attorneys for Defendant*
*SunvalleyTek International, Inc.*

1    PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED that

2    Plaintiff USB Technologies, LLC's claims asserted against Defendant SunvalleyTek

3    International, Inc. are hereby dismissed with prejudice. Each party shall bear its own

4    costs, expenses, and attorneys' fees.

5    **IT IS SO ORDERED.**

6

7    Dated: January _____, 2018.        _____

8                                          Hon. Lucy H. Koh
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

I, Jayson S. Sohi, am the CM/ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that Kimberly A. Donovan has concurred in this filing.

Dated: January 11, 2018                  */s/ Jayson S. Sohi*

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**