Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
Jayson S. Sohi (SBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Plaintiff*
*USB Technologies, LLC*

Kimberly A. Donovan (SBN 160729)
kdonovan@gcalaw.com
Limin Zheng (SBN 226875)
lzheng@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Tel: (650) 428-3900
Fax: (650) 428-3901
*Attorneys for Defendant*
*SunvalleyTek International, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USB Technologies, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SunvalleyTek International, Inc., a California Corporation,<br><br>Defendants. | Case No. 5:17-cv-03869-LHK<br>Hon. Lucy H. Koh<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

1   Plaintiff USB Technologies, LLC ("Plaintiff") and Defendant SunvalleyTek
2   International, Inc. ("Defendant") (collectively "the Parties"), by and through their
3   undersigned counsel, hereby stipulate as follows:
4   WHEREAS, Plaintiff filed its Complaint for Patent Infringement against
5   Defendant on July 7, 2017 [Doc. 1];
6   WHEREAS, Defendant filed its answer to plaintiff's complaint on October 2,
7   2017; and
8   WHEREAS, the Parties have finalized and executed a written settlement
9   agreement to settle all matters in controversy between them.
10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
11  through the undersigned counsel, that Plaintiff's claims asserted against Defendant are
12  hereby dismissed with prejudice. Each party is to bear its own costs, expenses, and
13  attorneys' fees.

Respectfully submitted,

DATED:  January 11, 2018         **COTMAN IP LAW GROUP, PLC**

By: */s/ Jayson S. Sohi*
Jayson S. Sohi
*Attorneys for Plaintiff*
*USB Technologies, LLC*

DATED: January 11, 2018          **GCA LAW PARTNERS LLP**

By: */s/ Kimberly A. Donovan*
Kimberly A. Donovan
Limin Zheng
*Attorneys for Defendant*
*SunvalleyTek International, Inc.*

1  PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED that
2  Plaintiff USB Technologies, LLC's claims asserted against Defendant SunvalleyTek
3  International, Inc. are hereby dismissed with prejudice. Each party shall bear its own
4  costs, expenses, and attorneys' fees. The Clerk shall close the file.
5  **IT IS SO ORDERED.**

7  Dated: January __11__, 2018.        _____*Lucy H. Koh*_____
                                       Hon. Lucy H. Koh
8                                      United States District Judge

## ATTESTATION

I, Jayson S. Sohi, am the CM/ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that Kimberly A. Donovan has concurred in this filing.

Dated: January 11, 2018              */s/ Jayson S. Sohi*